Edward Orenge, Respondent, v. Buick Motor Company, Defendant, Impleaded with General Motors Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Jacob Rosenwach and Another, as Administrators, etc., of Louis Rosenwach, Deceased, Respondents, v. Alfred Donofrio and Another, Doing Business, etc., Appellants, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

House of A. Silz, Inc., Respondent, v. Edmund J. Horwath, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Charles Borgos, Appellant, v. George J. Price and Another, Respondents, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, without prejudice to plaintiff's right to sue the individual defendants at law for money had and received. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Charles Borgos, Appellant, v. George J. Price and Others, Defendants, Impleaded with United Blue Print Co., Inc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Fifty-ninth Street Improvement Corporation, Respondent, v. 107 West 58th Street Corporation and Another, Appellants, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to said defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Seventh Avenue Leasing Corporation, Respondent, v. 107 West 58th Street Corporation and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

In the Matter of Onofrio Rella, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Joseph Egyed v. Lehigh Valley Railroad Company.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before November 28, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Patrick J. Kelly v. William F. Ransom and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before November 28, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.